**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA INC.; CROWN CENTRAL PETROLEUM CORPORATION; CROWN CENTRAL LLC; CROWN CENTRAL NEW HOLDINGS LLC; CHEVRON CORP.; CHEVRON U.S.A., INC., EXXON MOBIL CORP.; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; LOUISIANA LAND & EXPLORATION CO.; PHILLIPS 66; PHILLIPS 66 COMPANY; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORPORATION; SPEEDWAY LLC; HESS CORP.; CNX RESOURCES CORPORATION; CONSOL ENERGY INC.; CONSOL MARINE TERMINALS LLC,**<br><br>**Defendants.** | **CASE NO.:** 1:18-cv-02357<br><br>**DECLARATION OF TONYA KELLY CRONIN IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT CHEVRON CORPORATION AND CHEVRON U.S.A., INC.**<br><br>**[Removal from the Circuit Court for Baltimore City]**<br><br>**Action Filed: July 20, 2018** |

I, Tonya Kelly Cronin, declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of Maryland. I am a partner in the law firm of Rifkin Weiner Livingston LLC, and I am one of the attorneys responsible for the representation of Defendant Chevron Corp. and Chevron U.S.A., Inc. (together "the Chevron Parties") in this matter. I make this declaration in support of the Chevron Parties' Notice of Removal, filed concurrently herewith. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I have consulted with my clients, and I have been informed that the Chevron Parties, to the best of their knowledge, have not been served by Plaintiff Mayor and City Council of Baltimore with a copy of the Complaint and Summons filed in the Circuit Court for Baltimore City on July 20, 2018. Removal prior to service is proper. *See Robertson v. Iuliano*, 2011 WL 453618, at *1, 4 (D. Md. Feb. 4, 2011). The Notice of Removal is being filed not more than thirty (30) days after the Chevron Parties first received, by service or otherwise, a copy of the initial pleading setting forth the claims for relief upon which this action is based. 28 U.S.C § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5(a), attached hereto as **Exhibit A** are copies of all process, pleadings, and orders from the state-court action being removed to this Court that the Chevron Parties have been able to obtain from the Circuit Court and other defendants and which are in the possession of the Chevron Parties. Pursuant to 28 U.S.C. § 1446(a), this constitutes "a copy of all process, pleadings, and orders" received by the Chevron Parties in the action.

4. The consent of the other defendants is not required because removal does not proceed "solely under 28 U.S.C. § 1441." 28 U.S.C. § 1446(b)(2)(A). The Chevron Parties have removed this action to federal court on several bases, including, for example, 28 U.S.C.

§ 1442(a)(1) and 28 U.S.C. § 1452.[1] Further, consent is not required from any defendant that has not been served. *See* 28 U.S.C. § 1446(b)(2)(A); *HBCU Pro Football, LLC v. New Vision Sports Properties, LLC*, 2010 WL 2813459, at *2 (D. Md. July 14, 2010) ("Defendants . . . who are unserved when the removal petition is filed need not join it." (quoting *Getty Oil Corp. v. Ins. Co. of N. America*, 841 F.2d 1254, 1262 n. 9. (4th Cir. 1988) (alterations in original))).

5. Attached hereto as **Exhibit B** is a true and correct copy of a Mineral Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, Form MMS-2004 (June 1991).

6. Attached hereto as **Exhibit C** is a true and correct copy of an Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, Form BOEM-2005 (February 2017).

7. Attached hereto as **Exhibit D** is a true and correct copy of the June 19, 1944 Unit Plan Contract between the Navy Department and Standard Oil Company of California.

I declare under penalty of perjury under the laws of the State of Maryland and the United States of America that the foregoing is true and correct and that I executed this Declaration July 31, 2018, at Baltimore, Maryland.

/s/ Tonya Kelly Cronin

[1] All defendants reserve their right to challenge the sufficiency of process and/or service of process under Federal Rules of Civil Procedure 12(b)(4) and (5).

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on the 31st day of July 2018. Additionally, I certify that on the 31st day of July 2018, a copy of the foregoing document was sent via e-mail and first-class mail to the following counsel of record for Plaintiff Mayor and City Council of Baltimore:

Andre M. Davis
Suzanne Sangree
Elizabeth Ryan Martinez
**Baltimore City Law Department**
100 N. Holliday Street, Suite 109
Baltimore, MD 21202
Andre.Davis@baltimorecity.gov
Suzanne.Sangree2@baltimorecity.gov
Liz.Martinez@baltimorecity.gov

Victor M. Sher
Matthew K. Edling
Timothy R. Sloane
Martin D. QuiÑones
Meredith S. Wilensky
Katie H. Jones
**Sher Edling LLP**
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
vic@sheredling.com
matt@sheredling.com
tim@sheredling.com
marty@sheredling.com
meredith@sheredling.com
katie@sheredling.com

/s/ Tonya Kelly Cronin